MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEREK OWENS (CABN 230237)
Assistant United States Attorneys

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-6488
    E-Mail: derek.owens@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0882 JSW |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 17, 2011 THROUGH APRIL 14, 2011 |
| MARK JENKINS, JR., ) | |
|     Defendant. ) | |

    On February 17, 2011, the parties in this case appeared before the Court for a status hearing. At that appearance, the parties stipulated, and the Court found, that time should be excluded from the Speedy Trial Act calculations from February 17, 2011 through April 14, 2011, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

//

STIP. AND ORDER
CR 10-0882 JSW

1 | interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

DATED: 2/28/2010                   /s/ Derek Owens
                                                DEREK OWENS
                                                Assistant United States Attorney

DATED: 2/28/2010                   /s/ Claire Leary
                                                CLAIRE LEARY
                                                Attorney for the defendant

As the Court found on February 17, 2011, and for the reasons stated above, the Court finds that an exclusion of time between February 17, 2011 through April 14, 2011, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: March 1, 2011                                                 _____
                                                                 THE HON. JEFFREY S. WHITE
                                                                 United States District Court Judge

STIP. AND ORDER
CR 10-0882 JSW                                2